IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ERIC LEE**  **PLAINTIFF**
ADC #117226

v.  Case No. 4:24-cv-01124-LPR-JJV

**JACOB COOPER**  **DEFENDANT**

## ORDER

On December 23, 2024, Plaintiff Charles Eric Lee filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On January 2, 2025, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed.[3] Plaintiff has not complied with or otherwise responded to the January 2, 2025 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of February 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Joe J. Volpe.

[3] *Id.*